IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

In Re:  Donald Bonuchi            )
      Cindy Bonuchi,            )   Case No. 04-21387-drd
                                    )
      Debtors.            )

## Application to Deposit Funds Into the Court Registry

COMES NOW Janice A. Harder, Trustee in the above-captioned bankruptcy, and applies to the Court for an Order to deposit funds as identified below in the total amount of $258.17 into the Court Registry, as provided by 11 U.S.C. § 347.  Funds to be deposited:

Claim No. 5 of Southwestern Bell Telephone, L.P., check no. 149 in amount of $258.17.

Dated: April 9, 2010          /s/ Janice A. Harder
                                          JANICE A. HARDER          No. 33192

                                          LAW OFFICE OF JANICE A. HARDER
                                          3610 Buttonwood Drive, Ste. 200
                                          Columbia, MO 65201
                                          Telephone:  573-875-2880
                                          FAX line:   573-874-1526

                                          CHAPTER 7 TRUSTEE

CERTIFICATE OF SERVICE:   By signing above, the attorney certifies that on April 9, 2010, the above document was filed electronically in the United States Bankruptcy Court, Western District of Missouri, and a true copy was sent by U. S. Mail, postage prepaid, to:

Southwestern Bell Telephone, L.P.
Bankruptcy Department
PO Box 769
Arlington, TX 76004